# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RONALD E. KAMMERDIENER        )

)

)

Plaintiff(s)     )

v.          )     Civil Action No.  2:18-cv-01484-CB-MPK

)

ARMSTRONG COUNTY, PHILLIP SHAFFER,  )

Warden of the Armstrong County Jail, in his official  )

and individual capacity, et al.  )

Defendant(s)     )

## REPORT OF NEUTRAL

A <u>ENE</u> session was held in the above captioned matter on <u>7/2/20</u>.

The case (please check one):

    <u>X</u> has resolved

    _____ has resolved in part (see below)

    _____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____

_____

_____

Dated: <u>7/6/20</u>         /s/ HON. GARY P. CARUSO, RET.

                              Signature of Neutral

Rev. 09/11