# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD E. KAMMERDIENER,** | ) |
|          **Plaintiff,** | ) No. 18--1484 |
| vs. | ) |
| | ) Judge Cathy Bissoon |
| **ARMSTRONG COUNTY,** | ) Magistrate Judge Maureen P. Kelly |
| **PHILLIP SHAFFER,** Warden of the | ) |
| Armstrong County Jail, in his official | ) |
| and individual capacity, | ) |
| **REGINA HIMES,** Chief Adult Probation | ) |
| Officer of Armstrong County, in her | ) |
| official and individual capacity | ) |
| and **ERIKA KIRKPATRICK,** in her | ) |
| official and individual capacity | ) |
|          **Defendants.** | ) |

## Joint Stipulation of Dismissal

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

| | |
|---|---|
| s/Alexander H. Lindsay | s/Francis D. Wymard |
| Alexander H. Lindsay, Jr., Esquire | Francis D. Wymard, Esquire |
| s/Jessica L. Tully | William J. Ferren & Associates |
| Jessica L. Tully, Esquire | 112 Washington Place |
| The Lindsay Law Firm, P.C. | 975 Two Chatham Center |
| 110 East Diamond Street, Suite 301 | Pittsburgh, PA 15219 |
| Butler, PA 16001 | |
| | *Counsel for Defendants Armstrong County, Phillip Shaffer, Regina Himes, in her individual capacity, and Erika Kirkpatrick, in her individual capacity* |
| *Counsel for Plaintiff* | |

**IT IS SO ORDERED:**

Date: _____          _____

**CERTIFICATE OF SERVICE**

I, Jessica L. Tully, Esquire, hereby certify that on this 29th day of July, 2020, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Francis D. Wymard, Esquire
William J. Ferren & Associates
112 Washington Place
975 Two Chatham Center
Pittsburgh, PA 15219
**Counsel for Defendants Armstrong County,
Phillip Shaffer, Regina Himes, in her individual
capacity, and Erika Kirkpatrick, in her
individual capacity**

BY: */s/Jessica L. Tully*
Jessica L. Tully, Esquire
Attorney for Plaintiff
PA I.D. #324691
110 E. Diamond Street
Butler, PA 16001
Phone: (724) 282-6600
jessica@lindsaylawfirm.com